IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

STEVEN HOLMES, *individually, and*
*on behalf of others similarly situated*                                        PLAINTIFF

v.                          Case No. 1:23-cv-01110

AMERCABLE CORPORATION, *d/b/a*
Nexans AmerCable, Inc.                                                             DEFENDANT

## ORDER

      Before the Court is a Joint Stipulation for Dismissal with Prejudice. (ECF No. 27). An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). The instant stipulation of dismissal is signed by both Plaintiff and Defendant. Thus, all claims in this matter were effectively dismissed when the parties filed the instant stipulation. However, this order issues for purposes of maintaining the docket. Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**.

      **IT IS SO ORDERED**, this 2nd day of December, 2025.

                                                                         /s/ Susan O. Hickey
                                                                         Susan O. Hickey
                                                                         United States District Judge